

# Fourth Court of Appeals
## San Antonio, Texas

February 23, 2021

No. 04-20-00304-CV

**1776 ENERGY PARTNERS, LLC** and 1776 Energy Operators, LLC,
Appellants

v.

**MARATHON OIL EF, LLC** and Marathon Oil EF II, LLC,
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 17-02-00033-CVK
Honorable Russell Wilson, Judge Presiding

# O R D E R

The reporter's record was originally due by July 6, 2020. On July 6, 2020, the court reporter responsible for filing the reporter's record, Leticia Murillo Escamilla, filed a notification of late record, requesting until September 4, 2020, to file the reporter's record. By order dated July 8, 2020, we granted Ms. Escamilla's request in part and extended the deadline for her to file the reporter's record until August 5, 2020. On August 5, 2020, Ms. Escamilla filed a second notification of late record, requesting until September 4, 2020, to file the reporter's record. By order dated August 7, 2020, we ordered Ms. Escamilla to file the complete reporter's record by September 4, 2020. In addition, we ordered Ms. Escamilla to file a status report every 14 days, beginning on August 21, 2020, indicating the volumes filed and a fair estimate of completion date for all remaining volumes, until the complete reporter's record was filed. Ms. Escamilla began filing status reports, and on September 4, 2020, Ms. Escamilla filed a third notification of late record, requesting until October 5, 2020, to file the reporter's record. By order dated September 24, 2020, we granted Ms. Escamilla's request and ordered her to file the complete reporter's record by October 5, 2020. In addition, we ordered Ms. Escamilla to file daily work logs by 5:00 p.m. every business day until the record was complete. Since that order, Ms. Escamilla filed three notifications of late record, with the last notification requesting an extension until December 21, 2020 to file the complete record. On December 18, 2020, we granted Ms. Escamilla's request and ordered Ms. Escamilla to file the record by December 28, 2020. We further advised that if the record was not filed, we might issue an order directing her to appear and show cause why she should not be held in contempt for failing to file the record.

On December 28, 2020, Ms. Escamilla filed a notification of late record requesting additional time to file the record. In that notification, she stated she had not received full payment for the record. On January 8, 2021, appellants filed a letter stating they had made arrangements to pay the court reporter's fee and paid two installment payments in accordance with that arrangement. They further requested a final estimate so that they could make the full and final payment upon the record's completion. By order dated January 25, 2021, we granted Ms. Escamilla's request and ordered her to file the complete record by February 2, 2021 and provide appellants with a final payment estimate prior to that date. We further advised that if the record was not filed, we would issue an order directing her to appear and show cause why she should not be held in contempt for failing to file the record. On February 2, 2021, Ms. Escamilla filed a notification of late record requesting until February 9, 2021 to file the record. In that notification, she stated she has provided appellants with a final payment estimate for the record. We granted the motion. Our February 4, 2021 order provided:

> "[I]t is **ORDERED** that Ms. Escamilla file the complete reporter's record **by February 9, 2021**."

Our February 4, 2021 order further advised Ms. Escamilla that:

> "**No further requests for extension of time to file the reporter's record will be granted. If the record is not received by such date, this court _will_ issue an order directing Ms. Escamilla to appear and show cause why she should not be held in civil or criminal contempt or otherwise sanctioned for failing to file the record.**"

On February 9, 2021, Ms. Escamilla filed a letter explaining she needs to complete reviewing and correcting Volumes 10 and 11 and index the exhibits, Volumes 13 through 24. Along with her letter, she included copies of the incomplete volumes to show her progress. Because Ms. Escamilla did not file the complete reporter's record by February 9, 2021, as required by our February 4, 2021 order, **we therefore ORDER Leticia Murillo Escamilla to appear before this court on <u>Thursday, March 18, 2021 at 9:00 a.m.</u> before a panel consisting of Chief Justice Martinez, Justice Alvarez, and Justice Chapa to show cause why she should not be held in civil and criminal contempt of this court and sanctioned for violating this court's order dated February 4, 2021 requiring her to file the complete reporter's record in this cause by February 9, 2021.**

Ms. Escamilla is hereby advised that she has the right to be represented by counsel at the hearing and the proceedings will be recorded by a certified court reporter.

Ms. Escamilla is further advised that in accordance with the Texas Supreme Court's emergency orders in response to the COVID-19 pandemic, the above scheduled hearing will be held through the Fourth Court of Appeals' Zoom license. A separate e-mail that will contain a link for the show cause hearing will be sent. Ms. Escamilla is admonished as follows:

1. The link to Zoom is only for you or your counsel presenting argument and is not to be shared with any other person. You will need a computer or other electronic device with a camera, a microphone, and access to the Internet. If you intend to present any exhibits during the show cause hearing, any such exhibits must be electronically filed by noon on the day before the hearing.

2. The argument will be live streamed to the Court's YouTube channel for the benefit of the public. The argument can be accessed using the following link:

3. You are encouraged to familiarize yourself with the Zoom platform. The Clerk of the Court will contact you or counsel who has entered appearance on your behalf no later than the week before argument to verify connectivity and equipment.

4. You must wear court-appropriate attire and choose an appropriate background.

Finally, we **ORDER** the clerk of this court to effect personal service of this order on Leticia Murillo Escamilla as soon as possible and serve a copy of this order on her by first-class United States mail and by certified mail, return receipt requested, with delivery restricted to addressee only.

This order does not affect Ms. Escamilla's continuing duty to prepare and file the complete record in this appeal and Ms. Escamilla is ordered to do so immediately. If Ms. Escamilla files a complete copy of the reporter's record by no later than **5:00 p.m. on Wednesday, March 17, 2021**, this court may elect to cancel the show cause hearing.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of February, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court